**LAWRENCE BRAGMAN, SB #104039**
**Attorney at Law**
**912 Lootens Place**
**San Rafael, California 94901**
**Telephone: (415) 459-6060**
**Facsimile:  (415) 459-6067**

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SIUDA, by and through his Guardian Ad Litem, TERESA SIUDA, DOMINICK TRANFAGLIA, by and through his Guardian Ad Litem, CHRISTINA TRANFAGLIA, TERESA SIUDA, an individual, and CHRISTINA TRANFAGLIA, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHILD DEVELOPMENT CENTER NUMBER THREE, and DOES 1 - 100, inclusive,<br><br>  Defendants. | CASE NO.: CIV. S-03-2439 FCD KJM<br><br>**STIPULATION RE: CONTINUANCE OF LAW AND MOTION CUT-OFF, PRE-TRIAL AND TRIAL DEADLINES DUE TO UNUSUAL CIRCUMSTANCES AND PROPOSED ORDER THEREON** |

COME NOW plaintiffs, NICHOLAS SIUDA by and through his Guardian Ad Litem, TERESA SIUDA and his attorney, Lawrence Bragman, and DOMINICK TRANFAGLIA by and through his Guardian Ad Litem, CHRISTINA TRANFAGLIA and his attorney, Lawrence Bragman; and the UNITED STATES OF AMERICA, by and through its attorney, Kendall J. Newman, who do hereby stipulate and agree:

//

1. The above captioned case involves allegations of sexual abuse of the two minor plaintiffs by another minor. The alleged instances of sexual abuse occurred at Child Development Center Three, a facility operated by the U.S. Air Force at Travis Air Force Base. Jurisdiction is predicated upon 28 U.S.C. § 1346 (b)(1).

2. Plaintiffs' attorney, the undersigned, is a sole practitioner. At present, he is scheduled to begin trial in a medical malpractice case in San Francisco Superior Court, <u>Kohanzadeh v. University of California-San Francisco</u>, Case No.: CGC-04-431852, on Monday, October 31, 2005. That trial involves very serious injuries to the plaintiff (renal failure) and is expected to last for three weeks.

3. The hearing on defendant's Summary Judgment is presently set for hearing on November 18, 2005. The original hearing date of November 4, 2005 was continued by the court. Prior to that continuance, plaintiff's counsel had also requested a continuance with defense counsel because the electronic service of the motion was routed to a bulk mail file. As a consequence, plaintiffs' counsel was not aware of the pendency of the motion until defense counsel telephoned him to discuss the status of the case. In the meantime, the court's rescheduling of the matter requires that plaintiffs file their response by Friday, November 4th which is in the middle of the planned first week of the <u>Kohanzadeh</u> case. This creates a irreconcilable conflict for plaintiffs' counsel due to his prior commitment to try that matter. Accordingly, both plaintiffs' counsel and defense counsel are agreeable to continuing the hearing on the defendant's Summary Judgment Motion to December 16, 2005 in order to allow plaintiffs adequate time to prepare an adequate response to the defendant's Summary Judgment Motion in this case. If the continuance is not granted, plaintiffs would be precluded from preparing an adequate response and would effectively be denied a full and fair opportunity to be heard. Accordingly, both parties are agreeable to the requested continuance on the following terms and conditions.

4. At present, the parties have completed discovery and disclosure of experts. The final dispositive motion deadline is now set for **November 4, 2005.** The Final Pretrial Conference is now set for **January 20, 2006 at 2:30 p.m..** The trial date is set for **April 4, 2006 at 9:00 a.m.**

5. Under the terms of the stipulation, the final dispositive motion date of **November 4, 2005** would be continued until **December 16, 2005.** The hearing on defendant's Summary Judgment Motion would be continued from **November 18, 2005** until **December 16, 2005 at 10 a.m..** Plaintiffs' Opposition, now due on **November 4, 2005** would be due on **November 21, 2005.** Defendant's Reply to the Opposition would be due on **December 6, 2005.** The Final Pretrial Conference now set for **January 20, 2006 at 2:30 p.m.** would be continued until **March 3, 2006 at 1:30 p.m..** The trial of the matter would be continued from **April 4, 2006 at 9:00 a.m.** until **June 13, 2006 at 9:00 a.m.**

Dated: October 31, 2005        /s/ LAWRENCE BRAGMAN
                               Lawrence Bragman
                               Attorney for Plaintiffs

Dated: October 31, 2005        /s/ KENDALL J. NEWMAN
                               Kendall J. Newman
                               Attorney for Defendant

### ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT:  the final dispositive motion date of **November 4, 2005** is hereby continued to **December 16, 2005.** The hearing on defendant's Summary Judgment Motion is continued from **November 18, 2005** to **December 16, 2005 at 10 a.m.**  Plaintiffs' Opposition, previously due on **November 4, 2005** is now due on **November 21, 2005.** Defendant's Reply to the Opposition is due on **December 6, 2005.** The Final Pretrial Conference set for **January 20, 2006 at 2:30 p.m.** is continued to **March 3, 2006 at 1:30 p.m..** The trial of the matter is continued from **April 4, 2006 at 9:00 a.m.** to **June 13, 2006 at 9:00 a.m.**

Dated: October 31, 2005        /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE