**LAWRENCE BRAGMAN, SB #104039**
Attorney at Law
912 Lootens Place
San Rafael, California 94901
Telephone: (415) 459-6060
Facsimile:  (415) 459-6067

**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SIUDA, by and through his Guardian Ad Litem, TERESA SIUDA, DOMINICK TRANFAGLIA, by and through his Guardian Ad Litem, CHRISTINA TRANFAGLIA, TERESA SIUDA, an individual, and CHRISTINA TRANFAGLIA, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHILD DEVELOPMENT CENTER NUMBER THREE, and DOES 1 - 100, inclusive,<br><br>    Defendants. | CASE No: CIV.S-03-2439 FCD KJM<br><br>**CORRECTED ORDER APPROVING SETTLEMENT OF MINOR PLAINTIFF NICHOLAS SIUDA'S TORT CLAIM AND ORDER OF DEPOSIT INTO BLOCKED ACCOUNT**<br><br>(L.R. 17-202)<br><br>Date:        June 2, 2006<br>Time:       10: 00 a.m.<br>Dept:       2<br>Judge:      Hon. Frank C. Damrell, Jr.<br><br>Trial Date:    June 13, 2006<br>Complaint Filed:  November 24, 2003 |

**GUARDIAN AD LITEM, TERESA SIUDA, APPLIED FOR APPROVAL OF MINOR NICHOLAS SIUDA'S TORT CLAIM AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The proposed settlement is approved on the terms and conditions set forth herein;

2. Defendant United States of America shall pay $99,900.00 (Ninety nine thousand nine hundred dollars) to Nicholas Siuda, by and through his guardian Ad Litem, Teresa Siuda;

3. Said funds shall be paid to Teresa Siuda, as Guardian ad Litem for Nicholas Siuda, and attorney Lawrence Bragman. Said funds shall be deposited electronically into the Attorney Client trust account of Lawrence Bragman at the Bank of Marin, San Rafael, California;

4. The application for fees and costs is hereby approved. Plaintiffs counsel,

Lawrence Bragman, shall be reimbursed for costs expended in prosecution of the case in the amount of $7707. 64; Guardian ad litem, Teresa Siuda, shall be reimbursed $884.84 for travel and other expenses incurred in this case; Plaintiff's counsel shall be paid attorney's fees in the amount of 25% of the net recovery in the amount of $23,048.09. Said costs and fees shall be disbursed from the proceeds of this matter through the attorney's trust account.

5. The balance of the settlement funds, $69,144.27 (Sixty nine thousand one hundred forty four dollars and twenty seven cents) shall be disbursed by a check drawn payable to the order of Teresa Siuda, as trustee for Nicholas Siuda, for deposit only in a blocked interest-bearing, federally insured account. Said account shall be blocked for all withdrawals, transfers or any other purpose, unless applicant first obtains an from a court of competent jurisdiction providing for withdrawal, transfer or other use of the funds.

6. Unless a court order for withdrawal, transfer or other use is obtained, all interest and principle of the within settlement shall accrue to the benefit of said blocked account until Nicholas Siuda obtains the age of eighteen years on January 8, 2014. Upon that date, Guardian Teresa Siuda, or her successor in interest, shall have discretion and authority to disburse all or part of said funds for payment of the educational needs of Nicholas Siuda. Said needs shall include tuition, books, living expenses and other costs for attendance of college, occupational or vocational training. If there is a dispute or issue about such educational needs, the trustee or Nicholas can apply to a court of competent jurisdiction for an appropriate order.

7. If Nicholas Siuda has no such educational needs, the funds, or any remainder after payment of such expenses, shall remain in the blocked account until he obtains the age of 25 on January 8, 2021. Upon that date, the account shall become the sole property of Nicholas Siuda and he may withdraw all or part of the funds as he so elects.

Dated: May 2, 2006        /s/ Frank C. Damrell Jr.
                          HON. FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT COURT