McGREGOR W. SCOTT
United States Attorney
KENDALL J. NEWMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SIUDA, by and through his Guardian Ad Litem, TERESA SIUDA, DOMINICK TRANFAGLIA, by and through his Guardian Ad Litem, CHRISTINA TRANFAGLIA,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____ | CIV-S-03-2439 FCD/KJM<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |

　　　Pursuant to the terms of written Settlement Agreements, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

//
//
//
//
//
//

1

IT IS SO STIPULATED.

DATED: April 24, 2006     LAW OFFICES OF LAWRENCE BRAGMAN

/s/ LAWRENCE BRAGMAN
LAWRENCE BRAGMAN, Esq.
Attorney for Plaintiffs

DATED: June 13, 2006     McGREGOR W. SCOTT
United States Attorney

By:     /s/ KENDALL J. NEWMAN
KENDALL J. NEWMAN
Assistant U.S. Attorney
Attorneys for Defendant

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

DATED: June 14, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE