1  **LAWRENCE BRAGMAN, SB #104039**
   **Attorney at Law**
2  **912 Lootens Place**
   **San Rafael, California 94901**
3  **Telephone: (415) 459-6060**
   **Facsimile:   (415) 459-6067**
4
   **Attorney for Plaintiffs**
5

IN THE UNITED STATES DISTRICT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| N.S., by and through his Guardian Ad Litem, TERESA SIUDA, D.T. by and through his Guardian Ad Litem, CHRISTINA TRANFAGLIA, TERESA SIUDA, an individual, and CHRISTINA TRANFAGLIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHILD DEVELOPMENT CENTER NUMBER THREE, and DOES  1 - 100, inclusive,<br><br>Defendants. | **CASE No: CIV.S-03-2439-TLN-CKD**<br><br>**ORDER RE: REDACTION OF MINOR PLAINTIFFS' NAMES FROM PLEADINGS AND RECORDS**<br><br>**(Local Rule 140; Federal Rule of Civil Procedure 39)** |

   **UPON APPLICATION OF PLAINTIFFS AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

   1.     Pursuant to Local Rule 140  of the United States District Court for the Eastern District of California, the identities of the then minor plaintiffs herein shall be denominated as: " N.S .by and through his Guardian Ad Litem,  TERESA SIUDA"  and " D.T., by and through his Guardian Ad Litem,  CHRISTINA TRANFAGLIA".

2.	The true names of said plaintiffs shall be redacted from the Clerk's docket in the above referenced action. The Clerk shall redact the plaintiffs' names on the docket and replace them with their initials, "N.S." and "D.T.", respectively;

3.	The attorney for plaintiffs may hereafter submit substitute pleadings and other public documents which redact the plaintiffs' names in the manner set forth above. Such documents shall first be served upon the United States Attorney for inspection and approval. Upon inspection and approval by the United States Attorney, the Clerk shall file such documents in the place and stead of the currently filed documents which include the names of plaintiffs.

Dated: October 2, 2013

_____
Troy L. Nunley
United States District Judge